Sherri Lynn PERKINS, Appellant,

v.

Michael William PERKINS,
Respondent.

No. WD 39480.

Missouri Court of Appeals,
Western District.

March 8, 1988.

Roger J. Schuber, Sedalia, for appellant.

Preston L. Cain, Kansas City, for respondent.

Before COVINGTON, P.J., and
SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM.

Appeal from the division of marital property provision of a decree of marriage dissolution.

Judgment affirmed. Rule 84.16(b).